```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                       Plaintiff,

      - against -

THE DEPARTMENT OF CORRECTION, et al.,

                       Defendants.

ORDER

09 Civ. 1912 (DAB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

*Pro se* Plaintiff Samuel Small filed his Complaint on March 3, 2009, naming as Defendants the Department of Correction and Warden Baily, along with various John and Jane Does. Subsequent docket entries indicate Amended Complaints filed on or about March 26, 2009, and April 27, 2009, apparently amending to add John and Jane Does. None of these purported Complaints have been served by Small on any Defendants. Therefore,

**IT IS HEREBY ORDERED** that Small either **SERVE DEFENDANTS** or **SHOW GOOD CAUSE** by **August 14, 2009**, why this case should not be dismissed for failure to prosecute.

**SO ORDERED this 14th day of July 2009**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge