USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

        Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

ORDER

09 Civ. 1912 (DAB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **Deeember 4, 2009, at 11:00 a.m.**

    On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 28th day of Oetober 2009**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge