```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
Samuel Small,

                    Plaintiff,

        -against-                              09 Civ. 1912 (DAB)
                                                     ORDER
New York City Dep't
of Correction, et al.,


                    Defendants.
------------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendants' Letter of November 15, 2019 (ECF No. 255) and Plaintiff's Letter of November 17, 2019 (ECF No. 256). Counsel for Defendants is to confer with counsel for Plaintiff and inform the Court by December 13, 2019 whether Parties want to be referred to a Magistrate Judge for settlement or participate in the Court's Mediation Program.

SO ORDERED.

DATED:    November 27, 2019
          New York, NY

                                    _____
                                         Deborah A. Batts
                                    United States District Judge