UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel Small,

          Plaintiff,

-against-

Warden Bailey, et al.,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2019
```

1:09-cv-01912 (DAB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court, having been advised that Plaintiff was released from custody in January 2019, withdraws its Order regarding scheduling a telephone call within the Correctional Facility. (ECF No. 265.)

**SO ORDERED.**

DATED:    New York, New York
              December 20, 2019

_____
STEWART D. AARON
United States Magistrate Judge