```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

      v.

CITY OF NEW YORK et al.,

                Defendants.

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court will hold a telephone conference to discuss scheduling this Friday, August 14, 2020 at 3 PM. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:  August 12, 2020
           New York, New York

_____
RONNIE ABRAMS
United States District Judge