USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

v.

CITY OF NEW YORK et al.,

                Defendants.

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed during today's telephone conference, the parties shall file a joint letter no later than August 20, 2020 informing the Court as to their views on:

1. Whether they wish to proceed with the November 16, 2020 trial date, or whether they seek an adjournment.

2. Their best estimate as to the length of trial.

3. The number of jurors that they request.

4. Whether, if they seek an adjournment of the November 16, 2020 trial date, they also seek an adjournment of the September 11, 2020 hearing on the motions in limine.

SO ORDERED.

Dated:   August 14, 2020
            New York, New York

                                        RONNIE ABRAMS
                                  United States District Judge