UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

      v.

NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 11/2/20

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It is hereby ORDERED that the motion in limine hearing, scheduled for November 5, 2020, shall be conducted using Skype for Business's video-conference services. The Court will provide the parties the dial-in information and a Skype for Business instruction manual via email. If members of the public wish to attend the hearing, they may do so by using the following dial-in information, which will enable them to hear but not see the proceedings: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:   November 2, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge