| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:** |

SAMUEL SMALL,

                      Plaintiff,

       v.

NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,

                      Defendants.

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In preparation for Thursday's proceeding, the parties are directed to meet and confer on all remaining issues identified in their motions in limine. No later than November 11, 2020 at 12:00 pm, the parties shall submit a joint letter advising the Court as to which issues remain to be resolved.

      Moreover, during Thursday's hearing, the parties should be prepared to address each disputed issue, witness, and exhibit. To do so, the parties should utilize the screen-sharing function on Skype for Business when necessary, which will allow the parties and the Court to jointly view the exhibits.

SO ORDERED.

Dated:   November 9, 2020
            New York, New York

                                                        RONNIE ABRAMS
                                                        United States District Judge