UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

      v.

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1-6-21

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to Chief Judge Colleen McMahon's amended standing order (attached), this trial is hereby adjourned in light of the pandemic.

    The Court will proceed as scheduled with the motion in limine hearing on January 20, 2020, which will be held by Skype For Business. At that hearing, the parties should be prepared to discuss alternative dates for trial.

SO ORDERED.

Dated:    January 6, 2021
              New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge