UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that no later than February 10, 2021, the parties shall submit to the Court a joint letter providing the exhibit numbers for those exhibits to which objections remain, as well as an explanation of the parties' positions on those exhibits. The parties shall also inform the Court which exhibits they no longer intend to admit and which will be admitted without objection.

    IT IS FURTHER ORDERED that trial in this matter will begin on May 17, 2021, and, if necessary, will continue into the week of May 24.

    IT IS FURTHER ORDERED that the final pre-trial conference in this case will be held on May 12, 2021 at 10:00 am. The Court will determine at a later time whether this conference will be held remotely.

SO ORDERED.

Dated:    January 20, 2021
            New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge