

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**JOSHUA J. LAX**
*Senior Counsel*
Phone: (212) 356-3538
Mobile: (646) 634-8255
jlax@law.nyc.gov

February 9, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

> **Re:**   **Samuel Small v. City of New York, et al.**, 09 Civ. 1912 (RA) (SDA)

Your Honor:

    I represent defendants in the above-referenced action. I write jointly with plaintiff's counsel, Brett Dignam, Esq., to respectfully request a one week extension of the parties' joint letter regarding exhibits from February 10, 2021 to February 17, 2021. The basis of this request is that the parties need additional time to address some of the remaining evidentiary issues required by the Court's January 21, 2021 order. The parties have made significant progress narrowing the issues related to medical records and identifying areas of both agreement and disagreement for both the admissibility of certain records and redactions. The parties believe they can narrow the issues further with more time. In addition, several issues have arisen since the last pretrial conference for which the parties would like to include more substantial written arguments in their joint submission. Finally, the undersigned miscalendared a mandatory furlough day for next week, but realized that the furlough day is scheduled for February 10, 2021. For these reasons, the parties respectfully request an extension of one week to February 17, 2021 to submit their joint letter.

Respectfully submitted,

/s/
_____
Joshua J. Lax
*Senior Counsel*

Application granted.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 10, 2021

cc      Brett Mary Dignam
            Counsel for Plaintiff Samuel Small
            Morningside Heights Legal Services, Inc.
            Columbia Law School
            435 West 116th Street, Room 831
            New York, NY 10027