

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

**JAMES E. JOHNSON**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA J. LAX**
*Senior Counsel*
Phone: (212) 356-3538
Mobile: (646) 634-8255
jlax@law.nyc.gov

April 21, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

 Re:   **Samuel Small v. City of New York, et al., 09 CV 1912 (RA) (SDA)**

Your Honor:

 I represent defendants in the above-referenced action.  I write with the consent of plaintiff's counsel, Brett Dignam, Esq., to respectfully request an adjournment of the final pretrial conference scheduled for May 12, 2021 at 10:00 a.m. to an earlier date and time.  The basis for this request is that I am scheduled to attend a Court ordered mediation in the Eastern District of New York's trial ready mediation program on the same day.  I inadvertently agreed to a start time that conflicts with the time of the conference in this matter in agreeing to an all-day mediation session.  As a result, I respectfully request to move the final pretrial conference matter to a day and time earlier the same week.  In addition, the parties have conferred and agree an earlier conference is preferable.  The parties have further conferred, and if this application is granted, request to move the conference to a time convenient for the Court on May 10, 2021, as the Court's staff has advised that the Court is available that day.   The parties are also available on May 11, 2021, though May 10, 2021 is preferable for plaintiff's counsel.  Defendants thank the Court and apologize for any inconvenience this conflict may have caused.

 Respectfully submitted,

 /s/

 _____
 Joshua J. Lax
 *Senior Counsel*

Application granted.  The final pre-trial conference
shall be rescheduled for May 10, 2021 at 11:00 am.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 22, 2021

- 2 -

cc      Brett Mary Dignam
          Counsel for Plaintiff Samuel Small
          Morningside Heights Legal Services, Inc.
          Columbia Law School
          435 West 116th Street, Room 831
          New York, NY 10027