UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

SAMUEL SMALL,

              Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,

              Defendants.

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Consistent with Plaintiff's April 21, 2021 submission, *see* Dkt. 334, it is hereby:

    ORDERED that service of all trial subpoenas may be made by email or overnight mail;

    IT IS FURTHER ORDERED that, no later than April 30, 2021, Defendants identify for Plaintiff all trial witnesses of Plaintiff's who can be served by subpoenas delivered by email to Defendants' counsel;

    IT IS FURTHER ORDERED that, no later than April 30, 2021, Defendants disclose to Plaintiff the last known addresses for any current or former City employee who has been identified as a trial witness by Plaintiff and for whom Defendants' counsel will not accept service of a trial subpoena.

SO ORDERED.

Dated:    April 22, 2021
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge