USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

v.

THE CITY OF NEW YORK, *et al.*,

                Defendants.

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties are hereby ordered to split the costs of the daily transcripts for this trial.

SO ORDERED.

Dated:    May 25, 2021
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge