```
USDC-SDNY
DOCUMENT
ELECTRONICALLY
FILED
DOC#:
DATE FILED: 06/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SAMUEL SMALL,

     Plaintiff,

   v.

THE CITY OF NEW YORK, EMMANUEL
BAILEY, IAN FEINSTEIN, TYRONE SIMON,
and MARCO VILLACIS,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

Case No.: 09-CV-1912 (RA)

RONNIE ABRAMS, United States District Judge:

  After a six-day trial, a jury found in favor of Defendants Emmanuel Bailey, Ian Feinstein, Tyrone Simon, and Marco Villacis and against Defendant the City of New York. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

  **Court Exhibit 1:**  Voir Dire Questionnaire
  **Court Exhibit 2:**  Draft Jury Charge
  **Court Exhibit 3:**  Jury Charge
  **Court Exhibit 4:**  Jury Note from June 1, 2021 at 2:18 p.m.
  **Court Exhibit 5:**  Jury Note from June 1, 2021 at 4:23 p.m.
  **Court Exhibit 6:**  Jury Note from June 1, 2021 at 4:58 p.m.
  **Court Exhibit 7:**  Jury Note from June 2, 2021 at 10:56 a.m.
  **Court Exhibit 8:**  Verdict Form

SO ORDERED.

Dated:  June 3, 2021
     New York, New York

                    Ronnie Abrams
                    United States District Judge