

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | K**ATHERINE** J. W**EALL**<br>*Senior Counsel*<br>phone: (212) 356-5055<br>mobile: (646) 370-0051<br>kweall@law.nyc.gov |

September 2, 2021

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   <u>Samuel Small v. City of New York</u>
               09 CV 1912 (RA) (SDA)

Your Honor:

     I am one of the attorneys assigned to represent defendant the City of New York in this matter. I write to respectfully request that defendant be permitted to file 15 additional pages when it files its post-trial motion on Tuesday, September 7, 2021. Plaintiff's counsel consent to this request; in return for this courtesy, defendant City of New York has consented to plaintiff having an additional 15 pages for his opposition, should he need them.

     Thank you for your consideration herein.

                                                    Respectfully submitted,

                                                    /s/ *Katherine J. Weall*

                                                     Katherine J. Weall
                                                     Senior Counsel

| | |
|---|---|
| cc: Counsel for plaintiff (via ECF) | Application granted. The City may file a brief with 15 additional pages on September 7, 2021. The parties shall follow the schedule from Defendant's extension request. Dkt. 371. Plaintiff's opposition is due November 8, 2021, and Defendant's reply on November 29, 2021.<br><br>SO ORDERED.<br><br>_____<br>Hon. Ronnie Abrams<br>09/03/21 |