UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SMALL,

                Plaintiff,

      v.

CITY OF NEW YORK, WARDEN EMMANUEL BAILEY, OFFICER TYRONE SIMON, OFFICER IAN FEINSTEIN, and OFFICER MARCO VILLACIS,

                Defendants.

09-CV-1912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is Defendants' motion for judgment as a matter of law, a new trial, or remittitur. The Court shall hold oral argument on this motion on February 24, 2022 at 3:00 p.m. in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    February 22, 2022
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge