UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL SMALL,

                       Plaintiff,

      -against-                                          09 **CIVIL** 1912 (RA)

## JUDGMENT

CITY OF NEW YORK, et al.,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 28, 2022, Defendant's motion for judgment as a matter of law, a new trial, and remittitur is denied and judgment is entered for Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

      April 29, 2022

                                                         **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                         **BY:**

                                                            **Deputy Clerk**