

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KATHERINE J. WEALL<br>*Senior Counsel*<br>Phone: (212) 356-5055<br>Mobile: (646) 370-0051<br>kweall@law.nyc.gov |

August 19, 2022

**BY EMAIL**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Samuel Small v. New York City Department of Correction, et al.</u>
              09 CV 1912 (RA)

Your Honor:

       I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and represent defendant the City of New York in this matter. I write to inform the Court that the parties have reached a settlement in principle on costs in this case. They write jointly to request a brief extension of the plaintiff's deadline to file a motion for attorney's fees and costs, so that they may finalize the terms of their agreement.

       For this reason, therefore, the parties respectfully request an extension of the deadline for plaintiff to file a motion for attorney's fees and costs until August 26, 2022.

       Thank you for your consideration of this request.

                                       Respectfully submitted,

                                       /s/ *Katherine J. Weall*

                                       Katherine J. Weall
                                       *Senior Counsel*

cc: All Counsel (by ECF)

                      Application granted.

                      SO ORDERED.

                      _____
                      Hon. Ronnie Abrams
                      8/22/22