

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

KATHERINE J. WEALL
*Senior Counsel*
Phone: (212) 356-5055
Mobile: (646) 370-0051
kweall@law.nyc.gov

August 26, 2022

**BY EMAIL**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Samuel Small v. New York City Department of Correction, et al.
                09 CV 1912 (RA)

Your Honor:

       I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and represent defendant the City of New York in this matter. The parties continue to negotiate the stipulation of settlement of costs and fees in this case in good faith. However, they have found some of the provisions to be more complex than anticipated and consequently require more time to finalize them.

       For this reason, therefore, the parties respectfully request an extension until September 16, 2022, within which the stipulation of settlement may be filed.

       Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        /s/ *Katherine J. Weall*

                                        Katherine J. Weall
                                        *Senior Counsel*

cc: All Counsel (by ECF)

                            Application granted.

                            SO ORDERED.

                            _____
                            Hon. Ronnie Abrams
                            8/29/22