

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KATHERINE J. WEALL<br>*Senior Counsel*<br>Phone: (212) 356-5055<br>Mobile: (646) 370-0051<br>kweall@law.nyc.gov |
|---|---|---|

September 16, 2022

**BY EMAIL**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: Samuel Small v. New York City Department of Correction, et al.
       09 CV 1912 (RA)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and represent defendant the City of New York in this matter. The parties continue to negotiate the stipulation of settlement of costs and fees in this case in good faith. We have resolved two of the four outstanding issues, and believe we are close to resolving the remaining two. However, as those two issues have proven to be more complex than anticipated, the parties require more time to finalize them.

    For this reason, therefore, the parties respectfully request an additional extension, until October 17, 2022, within which the stipulation of settlement may be filed. This will allow the parties to finalize the remaining provisions and will allow plaintiff's counsel time to consult with plaintiff, if required.

    Thank you for your consideration of this request.

                  Respectfully submitted,

                  /s/ *Katherine J. Weall*

                  Katherine J. Weall
                  *Senior Counsel*

cc: All Counsel (by ECF)

       Application granted.

       SO ORDERED.

       _____
       Hon. Ronnie Abrams
       9/19/22